NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**IN RE LUND, LLC**

---

2010-1490
(Reexamination No. 90/008,240)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**JUDGMENT**

---

JIMMY MARK GILBRETH, Gilbreth Roebuck, PC, of Bellaire, Texas, argued for appellant.

ROBERT J. MCMANUS, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for the Director of the United States Patent and Trademark Office. With him on the brief were RAYMOND T. CHEN, Solicitor, and JOSEPH G. PICCOLO, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and LINN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 20, 2011        /s/ Jan Horbaly
Date              Jan Horbaly
                  Clerk